```
                                                                USDC SDNY
                                                                DOCUMENT
                                                                ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                    DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                                   DATE FILED: 11/7/2023
```

---------------------------------------------------------------- x
ROVE LLC,                                                        :
                *Plaintiffs*,      :
                                    :
    -against-                                                 :  20-cv-02124 (ALC)
                                    :  **ORDER ENTERING**
ANTONIO168 ET AL.,                                               :  **DEFAULT JUDGMENT**
                *Defendants*.      :
---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      On October 13, 2023, this Court granted Plaintiffs' default judgment against Defendants as to liability. ECF No. 31. Defendant was ordered to show cause why the Court pursuant to Fed. R. Civ. P. 55 should not grant damages to Plaintiff. ECF No. 32. Plaintiff was ordered to serve Defendants with the Order to Show Cause and all papers upon which it was based no later than October 17, 2023. *Id.* Plaintiff filed a certificate of service upon Defendants on October 16, 2023. ECF No. 33. Defendants did not file a response.

      Upon the Declaration of Danielle S. Futterman, Esq. and Plaintiff's Memorandum of Law in Support of Default Judgment, and the exhibits attached thereto, Plaintiffs' default judgment as to damages including $50,000 in statutory damages against each of the thirty-six non-appearing defendants pursuant to Section 15 U.S.C. § 1117(c) of the Lanham Act for a total of $1,800,000, plus post-judgment interest is hereby **GRANTED**.

**SO ORDERED.**

**Dated:**     **November 7, 2023**
                **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**