**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ROVE LLC,

                              Plaintiff,

                                                              20 **CIVIL** 2124 (ALC)

                  -against-                          <u>**DEFAULT JUDGMENT**</u>

ANTONIO168 ET AL.,
                              Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated

in the Court's Order dated November 7, 2023, Plaintiffs' default judgment as to damages including

$50,000 in statutory damages against each of the thirty-six non-appearing defendants pursuant to

Section 15 U.S.C. § 1117(c) of the Lanham Act for a total of $1,800,000, plus post-judgment

interest is hereby GRANTED.

**DATED**: New York, New York

          November 7, 2023

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**


                              **BY:** _____
                                        **Deputy Clerk**