USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROVE LLC,

          **Plaintiff,**

-against-

antonio168, *et al.*,

          **Defendants.**

20-cv-02124 (ALC)

AMENDED ORDER

**ANDREW L. CARTER, United States District Judge:**

    Upon the Letter Motion of Gabriela N. Nastasi, Esq., this Court's Order docketed at ECF No. 31 granting default judgment as to damages including $50,000 in statutory damages against each of the thirty-six non-appearing defendants pursuant to Section 15 U.S.C. § 1117(c) of the Lanham Act for a total of $1,800,000, plus post-judgment interest is hereby **AMENDED** to include, inclusive of the aforementioned damages, a return to Plaintiff of the bonds posted to the Court pursuant to the TRO in the amount of $15,000.

**SO ORDERED.**

**Dated:**     **March 7, 2024**
                **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**